AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Nov 22, 2019

SEAN F. McAVOY, CLERK

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 2:19-MJ-00657-JTR |
| | ) | |
| **ISAI GOMEZ-SANCHEZ,** | ) | |
| *Defendant.* | ) | |

## CRIMINAL COMPLAINT

I, Jose Nunez, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 20, 2019, in the county of Adams in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| *8 U.S.C. § 1326* | *Alien in the United States After Deportation* |

This criminal complaint is based on these facts:

On or about November 20, 2019, Isai GOMEZ-SANCHEZ, a citizen and national of Mexico, who theretofore on or about January 8, 2009, had been arrested and deported from the United States at Nogales, Arizona, was located in the United States by Border Patrol Agent C. Tsougas, in Adams County, Washington, within the Eastern District of Washington.

Isai GOMEZ-SANCHEZ did not have the expressed consent of the Attorney General, or his successor, or the Secretary of the Department of Homeland Security to apply for re-entry into the United States.

I further state that I am a Border Patrol Agent and that this complaint is based on the following facts: I have read and reviewed the immigration documents contained in the defendant's alien file that Isai GOMEZ-SANCHEZ is a citizen and national of Mexico who was arrested and deported from the United States at Nogales, Arizona, on January 8, 2009.

Additionally, I read the report prepared by Border Patrol Agent C. Tsougas who encountered and arrested the Defendant, Isai GOMEZ-SANCHEZ, while conducting official duties in Spokane, Washington, on November 20, 2019.

☒ Continued on the attached sheet.

Border Patrol Agent D. Haynes fingerprinted and advised the Defendant Isai GOMEZ-SANCHEZ of his Miranda rights on November 20, 2019. The Defendant Isai GOMEZ-SANCHEZ was positively identified through the IAFIS Fingerprint System on November 20, 2019. Based on my knowledge as foresaid, the Attorney General, or his successor, or the Secretary of the Department of Homeland Security has not approved the Defendant for re-admission into the United States.

_____
*Complainant's signature*

Jose Nunez, Border Patrol Agent
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☒ Sworn to ~~before me~~ telephonically and signed electronically.

Date:   11-22-19
_____

_____
*Judge's signature*

City and state:   Spokane, Washington
_____

John T. Rodgers, U.S. Magistrate Judge
_____
*Printed name and title*

